

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Charles Matlock, individually and
d/b/a Matlock Insurance Agency,

\* From the 35th District Court
 of Brown County,
 Trial Court No. CV1207249.

Vs. No. 11-15-00211-CV

\* October 26, 2017

Kenneth Fitzgerald, Gayle Fitzgerald,
Buford Narramore, and Sharon Narramore,

\* Memorandum Opinion by Bailey, J.
 (Panel consists of: Wright, C.J.,
 Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.